3

UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
FILED

AUG 1 4 1998

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| George Mata | § | |
| | § | |
| versus | § | CIVIL ACTION B-95-209 |
| | § | |
| United States of America | § | |

United States District Court
Southern District of Texas
ENTERED

AUG 0 7 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk

## Order

A review of the petition for writ of mandamus reveals that this document is a motion to compel the defendant to furnish transcripts in Mr. Mata's criminal case, CR B-89-321.

The motion is transferred to the criminal case and this civil case is closed.

Signed on __August 14__, 1998, at Brownsville, Texas.

_____
Hilda G. Tagle
United States District Judge